UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK SCHWANER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COAST GUARD, <br> 2100 Second Street, SW, <br> Washington, DC 20593, <br><br> ANNE T. EWALT, Captain, <br> United States Coast Guard, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2350 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendants in the above-captioned case.


Dated: February 4, 2008
       Washington, D.C.

                                                      Respectfully submitted,

                                                      /s/
                                                    BRIAN P. HUDAK
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, NW
                                                    Washington, DC 20530
                                                    (202) 514-7143
                                                    brian.hudak@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of February, 2008, a true and correct copy of the above Notice of Appearance, was served upon Pro Se Plaintiff Jack Schwaner, by first class United States mail, postage prepaid, to:

Jack Schwaner
1 Great Oak Circle, Apt. B-44
Newport News, VA 23606

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov