UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACK SCHWANER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES COAST GUARD, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-2350 (EGS) |

**<u>UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR MOVE</u>**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants United States Coast Guard ("Coast Guard") and Anne T. Ewalt, Captain, United States Coast Guard (collectively, "Defendants"), respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action.  Specifically, Defendants request that the Court extend the deadline for answering or moving as to the Complaint from February 6, 2008, to February 27, 2008 -- a twenty-one (21) day extension of time.  Defense counsel contacted Plaintiff, who is proceeding *pro se*, concerning this motion, and Plaintiff stated that he did not oppose Defendants' request for an extension of time.  The grounds for such relief are set forth below.

This case arises out of Plaintiff's request, pursuant to the Freedom of Information Act ("FOIA"), for certain information allegedly maintained by Defendants concerning the names and military addresses of non-deployable students "stationed in the U.S. Coast Guard Reserve Training Center[,] Yorktown[,] Va."  Complaint at 1.  The U.S. Attorney's Office was served with the Complaint on January 7, 2008.  Promptly after the U.S. Attorney's Office was served,

defense counsel contacted Coast Guard to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and deadlines in other pending cases have prevented the completion of an appropriate response. Accordingly, deferring the filing of Defendants' answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, February 27, 2008. A proposed order is attached.

Dated: February 4, 2008
    Washington, DC

                                        Respectfully submitted,


                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

- 2 -

        RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2008, a true and correct copy of the above Unopposed Motion for an Enlargement of Time to Answer or Move, was served upon Pro Se Plaintiff Jack Schwaner, by first class United States mail, postage prepaid, to:

>Jack Schwaner
>1 Great Oak Circle, Apt. B-44
>Newport News, VA 23606

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACK SCHWANER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES COAST GUARD, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-2350 (EGS) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' first unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, February 27, 2008, to respond to the Complaint in this action.

_____         _____
Date                                                   EMMET G. SULLIVAN
                                                            United States District Judge


Copies to Counsel of Record by CM/ECF.