UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK A. SCHWANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 07-2350 (EGS) |
| | ) | |
| UNITED STATES COAST GUARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR SCHEDULING ORDER**

Pursuant to Local Rule 16.3, Defendant hereby requests that the Court enter a briefing

schedule in this Freedom of Information Act ("FOIA")case.  In his complaint, the plaintiff

asserts that the Court may decide this case based on a motion for summary judgment.  (Dkt. 1 at

3.)  Defendant agrees that this FOIA case may be decided based on a motion for summary

judgment.  Accordingly, defendant requests that the Court enter the attached order, which sets

forth a briefing schedule for dispositive motions in this matter.

Defendant attempted to confer with plaintiff, who is proceeding pro se, by telephone to

obtain his consent to this motion, but was unable to do so.  The proposed order, however, should

provide sufficient time for plaintiff to respond to defendant's motion for summary judgment.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
February 26, 2008          Tel: 202-616-5319
harry.roback@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008 I served plaintiff with Defendant's Motion for

Scheduling Order by mailing it to the following address:

Jack A. Schwaner
1 Great Oak Cir., Apt. B-44
Newport News, VA 23606

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JACK A. SCHWANER,                       )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )          Civ. A. No. 07-2350 (EGS)
                                        )
UNITED STATES COAST GUARD,              )
                                        )
          Defendant.                    )
_____ )

### [PROPOSED] SCHEDULING ORDER

Upon consideration of defendant's motion for scheduling order, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall file its motion for summary judgment

on or before April 4, 2008.

IT IS FURTHER ORDERED that Plaintiff shall file his response, if any, to defendant's

motion for summary judgment on or before May 2, 2008.

IT IS FURTHER ORDERED that Defendant shall file any reply in support of its motion

for summary judgment on or before May 23, 2008.

SO ORDERED.

Date: _____          _____
                                 UNITED STATES DISTRICT JUDGE