UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, ) | |
| Plaintiff, ) | |
| v. ) | Civ. A. No. 07-2350 (EGS) |
| UNITED STATES COAST GUARD, et al. ) | |
| Defendants. ) | |

**DEFENDANT ANNE T. EWALT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Anne T. Ewalt, a Captain in the United States Coast Guard, hereby moves to dismiss the complaint in this action. In the complaint, plaintiff Jack A. Schwaner alleges that the United States Coast Guard improperly withheld documents that are subject to disclosure under the Freedom of Information Act ("FOIA"). In particular, plaintiff contends that Captain Ewalt is the person who – acting on behalf of the United States Coast Guard – unlawfully denied his request for documents under FOIA. However, as defendant demonstrates in her supporting memorandum, FOIA only provides for a cause of action against federal agencies. There is no cause of action under FOIA against agency employees. Accordingly, Captain Ewalt respectfully requests that the Court dismiss her from this action.

A supporting memorandum and proposed order are attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                                          /s/
                                            HARRY B. ROBACK, D.C. Bar # 485145
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
February 27, 2008                       Tel: 202-616-5319
                                            harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2008 I served plaintiff with Defendant Anne T. Ewalt's Motion to Dismiss by mailing it to the following address:

    Jack A. Schwaner
    1 Great Oak Cir., Apt. B-44
    Newport News, VA 23606

    /s/ Harry B. Roback
    Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| JACK A. SCHWANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 07-2350 (EGS) |
| | ) | |
| UNITED STATES COAST GUARD, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT
ANNE T. EWALT'S MOTION TO DISMISS**

The Court should dismiss this Freedom of Information Act ("FOIA") complaint against Captain Anne T. Ewalt, United States Coast Guard, because it is well-settled that FOIA creates no cause of action against agency employees.

**BACKGROUND**[1]

Plaintiff Jack A. Schwaner alleges that, on December 1, 2006, he requested certain documents from the United States Coast Guard pursuant to FOIA. (Dkt. 1 at 1.) He claims that the Coast Guard improperly denied his request for documents on February 15, 2007. (Id.) Specifically, he contends that Captain Ewalt – the Coast Guard representative responsible for handling his FOIA request – erroneously concluded that the documents he was seeking were exempt from disclosure under the statute. (Id.) Plaintiff now brings suit to challenge the Coast Guard's decision to withhold these documents. (Id.)

---

[1] All facts in the background section are taken from the complaint.

**ARGUMENT**

The Court should dismiss a complaint pursuant to Rule 12(b)(6) "when it appears beyond doubt that, under any reasonable reading of the complaint, the plaintiff will be unable to prove any set of facts that would justify relief." Hishon v. King & Spalding, 467 U.S. 69, 73 (1984). The Court must construe the allegations in the complaint in the light most favorable to the plaintiff and must grant the plaintiff the benefit of all reasonable inferences. Barr v. Clinton, 370 F.3d 1196, 1999 (D.C. Cir. 2004). "However, this Court need not accept asserted inferences or conclusory allegations that are unsupported by the facts set forth in the complaint." Clemmons v. United States Department of Justice, 2007 WL 1020796, * 3 (D.D.C. March 30, 2007).

In this case, the plaintiff alleges that Captain Ewalt – acting on behalf of the Coast Guard – improperly withheld documents that are subject to disclosure under FOIA. (Cmplt. at 1.) It is well-settled, however, that FOIA does not create a cause of action against individuals. See, e.g., Martinez v. Bureau of Prisons, 444 F.3d 620, 624 (D.C. Cir. 2006) ("[T]he district court properly dismissed the named individual defendants because no cause of action exists that would entitle [plaintiff] to relief from them under . . . FOIA."); Leinbach v. Department of Justice, 2006 WL 1663506, *4 (D.D.C. June 14, 2006) ("On its face, [FOIA] does not permit claims against individuals, and courts have consistently dismissed such claims."). The reason is that FOIA only provides a cause of action against an "agency," and agency employees do not fall within the statutory definition of "agency." See Martinez, 444 F.3d at 624 (D.C. Cir. 2006) (FOIA "concern[s] the obligations of agencies as distinct from individual employees in those agencies."); Clemmons, 2007 WL 1020796 at * 3 ("Defendants also correctly argue that plaintiff's FOIA claims are invalid as to the individual defendants because only the "agency,"

here the Department of Justice, can be sued for FOIA violations.") Accordingly, the proper defendant in a FOIA action is the *agency* that denied the request for documents, and not the *employee* at the agency responsible for handling the request.

In this case, the plaintiff properly named the United States Coast Guard as a defendant. However, he erroneously named Captain Ewalt as a defendant as well.  Id.

## CONCLUSION

For the foregoing reasons, the Court should dismiss the complaint against Captain Ewalt with prejudice.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

              /s/
_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5319
harry.roback@usdoj.gov

February 27, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008 I served plaintiff with Defendant Anne T. Ewalt's Motion to Dismiss by mailing it to the following address:

Jack A. Schwaner
1 Great Oak Cir., Apt. B-44
Newport News, VA 23606

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 07-2350 (EGS) |
| UNITED STATES COAST GUARD, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of defendant Ewalt's motion to dismiss, and the memoranda submitted in support of and in opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the complaint in this action against Anne T. Ewalt is dismissed with prejudice.

SO ORDERED.

Date: _____           _____
                                   UNITED STATES DISTRICT JUDGE