UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK A. SCHWANER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07-2350 (EGS) |
| | ) | |
| UNITED STATES COAST GUARD *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

_____ORDER

      This action, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, is before the Court on defendant Anne T. Ewalt's motion to dismiss and defendants' motion for a briefing scheduling order.  Ms. Ewalt rightly asserts that the FOIA does not provide a private cause of action against individuals.  *See Martinez v. Bureau of Prisons*, 444 F.3d 620, 624 (D.C. Cir. 2006); *Sherwood Van Lines, Inc. v. U.S. Dep't of Navy*, 732 F. Supp. 240, 241 (D.D.C. 1990).  The complaint against Ms. Ewalt therefore is dismissed, and the proposed briefing schedule of the remaining defendant, the United States Coast Guard, is adopted.  Accordingly, it is

      ORDERED that defendant Anne T. Ewalt's motion to dismiss [Dkt. No. 14] is GRANTED.  It is further

      ORDERED that defendant's motion to set a briefing schedule [Dkt. No. 11] is GRANTED.  The parties shall adhere to the following deadlines.

      Defendant's motion for summary judgment is due by April 4, 2008.

      Plaintiff's response is due by May 2, 2008.

2

Defendant's reply, if any, is due by May 23, 2008.  It is further

ORDERED that the status conference on March 7, 2008, at 10 a.m. is CANCELLED.


SIGNED:      EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:  February 29, 2008