UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-2350 (EGS) |
| ) | |
| UNITED STATES COAST GUARD, et al. ) | |
| ) | |
| Defendants. ) | |

## SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL

Jack A. Schwaner, the plaintiff in this action, and the United States Coast Guard, the defendant in this action, voluntarily enter into this settlement agreement under the terms and conditions set forth below.

WHEREAS, Jack Schwaner alleges in his complaint that the Coast Guard violated the Freedom of Information Act ("FOIA") by refusing to release documents that reflect the names and military addresses of non-deployable students at the Coast Guard's Reserve Training Center in Yorktown, Virginia.

WHEREAS, the Coast Guard believes that it properly withheld such information from public disclosure under FOIA.

WHEREAS, Jack Schwaner and the Coast Guard wish to finally resolve and settle all matters related to the above-captioned litigation, the parties agree as follows:

1. The United States Coast Guard agrees to provide Jack Schwaner with (1) the most current Standard Distribution List ("SDL") Number 148, which identifies the current unit addresses, phone numbers, and instructions for correspondence handling throughout the Coast Guard, and (2) a list of the current roster of all incoming students, by name, rank, and unit (as

available), who the Coast Guard anticipates attending the Coast Guard Training Center in Yorktown, Virginia from the period February 11, 2008 through April 7, 2008.

2. The United States Coast Guard will provide the documents identified in paragraph 1 at no cost to Jack Schwaner.

3. In exchange for the release of documents identified in paragraph 1 at no cost, Jack Schwaner agrees that the above-captioned civil action shall be dismissed, with prejudice, with each party to bear its own fees, costs, and expenses.

4. In exchange for the release of documents identified in paragraph 1 at no cost, Jack Schwaner also agrees not to seek any costs, attorney's fees, or any other form of relief based on his claims in this action.

5. This Settlement Agreement represents full and complete satisfaction of any and all claims arising from the allegations set forth in the complaint filed in this lawsuit (including full and complete satisfaction of any and all claims for attorneys' fees and costs) that have been, or could be, made; and disposes of any and all remaining or appealable issues in this lawsuit. In particular, this Settlement Agreement satisfies all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, and the District Court litigation process, and any other proceedings involving the claims raised in this lawsuit.

6. This Settlement Agreement does not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, including the United States Coast Guard, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement of All Claims and Issues is binding upon and inures to the benefit of the parties hereto and their respective agents, successors, and assigns.

Date: 24 March, 08

_____
JACK A. SCHWANER (Plaintiff)

Date: 4/1/08

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

Date: 4/4/08

_____
CAPTAIN ELISABETH A. PEPPER
United States Coast Guard
Chief, Office of Claims & Litigation

SO ORDERED on this _____ day of _____, 2008.

_____
United States District Judge